had been entered and which notice of appeal had not been withdrawn. See Heath v. State, Tex.Cr.App., 276 S.W.2d 534; Martin v. State, 153 Tex.Cr.R. 470, 221 S.W.2d 605.

The judgment is affirmed.

PER CURIAM.

The offense is felony theft; the punishment, 5 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Willie Lee ANDERSON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28324.**

Court of Criminal Appeals of Texas.

May 16, 1956.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.